# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1168. CHERYL THOMAS v. BGN INVESTMENTS, LLC.

On December 16, 2024, the trial court issued an order directing defendant Cheryl Thomas to remove all encroachments from the property of plaintiff BGN Investments, LLC, requiring the defendant to pay the plaintiff attorney fees, and declaring that certain property surveys control the property. The defendant filed a notice of appeal on January 16, 2025, and the plaintiff has filed a motion to dismiss the appeal, arguing that it is untimely. We agree.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021) (punctuation omitted). Here, the defendant filed her notice of appeal 31 days after entry of the order she seeks to challenge. Because we lack jurisdiction to consider this untimely appeal, the plaintiff's motion to dismiss is hereby GRANTED, and the appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 02/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.